**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-2455

DONNA HAMBLEN,

Plaintiff - Appellant,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security
Administration,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Loretta C. Biggs, District Judge.  (1:17-cv-00903-LCB-LPA)

Submitted: April 19, 2018                                    Decided: April 23, 2018

Before GREGORY, Chief Judge, and THACKER and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donna Hamblen, Appellant Pro Se. Maija DiDomenico, Assistant Regional Counsel,
SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Hamblen appeals the district court's order adopting the magistrate judge's recommendation and dismissing as frivolous her civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Hamblen's informal brief does not challenge the basis for the district court's disposition, Hamblen has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").[*] Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Moreover, to the extent that Hamblen's informal brief may be read as challenging the substance of the district court's ruling, we conclude that the district court did not err in dismissing her complaint as frivolous.